JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **FRANCIS XAVIER LUCERO,** | ) | **NO. EDCV 14-1485-JFW (MAN)** |
| **Petitioner,** | ) | **JUDGMENT** |
| **v.** | ) | |
| **STATE OF CALIFORNIA, et al.,** | ) | |
| **Respondents.** | ) | |

Pursuant to the Court's Order:   Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice, for failure to exhaust available state remedies.

DATED: July 24, 2014.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE